**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **JAMES EDWARD MCCORMACK III,** | § | |
| | § | **Case No. 6:25-cv-01100-DCJ-CBW** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **JUDGE DAVID C. JOSEPH** |
| **EXXONMOBIL OIL CORPORATION** | § | |
| | § | **MAGISTRATE JUDGE** |
| *Defendant.* | § | **CAROL B. WHITEHURST** |

**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME FOR DEFENDANT**
**EXXONMOBIL OIL CORPORATION TO ANSWER OR OTHERWISE PLEAD**

Defendant, ExxonMobil Oil Corporation ("ExxonMobil" or "Defendant") files this Unopposed Third Motion for Extension of Time to Answer or Otherwise Respond and would state as follows:

1.      On July 31, 2025, Plaintiff James Edward McCormack ("Plaintiff") filed his initial Complaint against ExxonMobil. [ECF No. 1]. On August 8, 2025, Plaintiff served ExxonMobil's registered agent.

2.      Originally, Defendant's answer or response to Plaintiff's Complaint was due by August 29, 2025. Defendant requested and was granted an unopposed three-week extension of time to respond to Plaintiff's Complaint, through and including September 19, 2025. [ECF Nos. 6, 7].

3.      Thereafter, Defendant requested and was granted an unopposed second extension of time allowing it approximately two additional weeks to respond to Plaintiff's Complaint, through and including October 7, 2025. [ECF Nos. 9, 10].

4.      No additional motions for extension of time have been made.

5.      Without the extension requested herein, Defendant's answer or response to Plaintiff's Complaint is due by October 7, 2025.

6.      Defendant needs additional time to: (i) fully evaluate the Plaintiff's Complaint, which raised claims under the Telephone Consumer Protection Act, (ii) investigate the substantive allegations asserted in the Complaint, and (iii) prepare an appropriate response. Accordingly, Defendant respectfully requests an extension of time to respond to the Complaint, up through and including October 21, 2025.

7.      **Plaintiff does not oppose the requested extension.**

8.      The brief extension sought will not cause prejudice to Plaintiff and will serve the interests of justice. Moreover, the Motion was not filed for the purposes of delay nor is it expected to cause any delay in the resolution of this matter.

**WHEREFORE**, Defendant ExxonMobil respectfully requests that this Court grant its Unopposed Third Motion for Extension of Time to Answer or Otherwise Plead and extending Defendant's deadline to respond to Plaintiff's Complaint by two weeks, through and including October 21, 2025, and granting such other and further relief as is just and appropriate under the circumstances.

Dated: October 6, 2025                    Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By:      */s/ A. Kristi Soppet*
              A. Kristi Soppet, Attorney-in-Charge
              Louisiana Bar No. 38463
              Kristi.Soppet@hklaw.com
              811 Main Street, Suite 2500
              Houston, Texas 77002
              Telephone: (713) 821-7000
              Facsimile: (713) 821-7001

              Cory Eichhorn (*Pro Hac Vice Forthcoming*)

Florida Bar No. 576761
cory.eichhorn@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500

**COUNSEL FOR DEFENDANT
EXXONMOBIL OIL CORPORATION**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 6th day of October 2025, the foregoing was

electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of

electronic filing to all participating counsel of record.

_/s/ A. Kristi Soppet_____
A. Kristi Soppet