UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **JAMES EDWARD MCCORMACK III,** § § § | | |
| *Plaintiff,* § § | | Case No. 6:25-cv-01100-DCJ-CBW |
| v. § § | | |
| **EXXONMOBIL OIL CORPORATION** § § | | JUDGE DAVID C. JOSEPH |
| *Defendant.* § § § | | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### PROPOSED ORDER

Before the Court is Defendant, ExxonMobil Oil Corporation Unopposed Third Motion for Extension of Time to Answer or Otherwise Plea to Plaintiff's Complaint. After considering the Motion, and the applicable law, the Court GRANTS the Motion.

IT IS THEREFORE

ORDERED that Defendant's Third Unopposed Motion for Extension of Time to Answer or Otherwise Plea to Plaintiff's Complaint is GRANTED and Defendants shall respond to Plaintiff's Complaint on or before October 21, 2025.

Dated this ___ day of October, 2025

_____
United States District Judge