# EXHIBIT A

#39303250_v1

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| JAMES EDWARD MCCORMACK III, | § | |
| | § | Case No. 6:25-cv-01100-DCJ-CBW |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | **JUDGE** |
| EXXONMOBIL OIL CORPORATION | § | |
| | § | **MAGISTRATE JUDGE** |
| *Defendant.* | § | |

### DECLARATION OF JOSEPH KORABEK JR. IN SUPPORT OF DEFENDANT EXXONMOBIL OIL CORPORATION'S *UNOPPOSED* MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

I, JOSEPH KORABEK JR., hereby make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746, and declare as follows:

1.  I have personal knowledge of the following facts and would testify to them if called as witness in this action. I am over 18 years of age and competent to make this declaration.

2.  I am the United States Consumer Marketing Manager at ExxonMobil Oil Corporation ("ExxonMobil") and have authority to make this Declaration in Support of ExxonMobil's Motion to Transfer Venue to the United States District Court for the Southern District of Texas.

3.  ExxonMobil is headquartered and maintains its principal offices in Spring, Texas.

4.  ExxonMobil's management team responsible for text messaging and otherwise interfacing with consumers through electronic means is also based in Spring, Texas. Corporate decisions concerning these matters are made by employees working in ExxonMobil's Texas offices.

5. ExxonMobil's Rewards+ ("Exxon Rewards Program"), and its relevant policies and procedures, were developed and implemented at ExxonMobil's headquarters in Spring, Texas.

6. Documents (both electronic and hard copy) are primarily stored at ExxonMobil's headquarters in Spring, Texas. Business records and databases are located at ExxonMobil's headquarters in Spring, Texas.

7. The Exxon Rewards Program is governed by certain Terms and Conditions, which are attached hereto as **Exhibit 1**.

8. I am familiar with the Terms and Conditions in my role as U.S. Consumer Marketing Manager at ExxonMobil. The applicable Terms and Conditions are regularly kept and/or maintained in the ordinary course of business at ExxonMobil as part of its regular business practices, were made near or at the time of the act or event recorded or were made reasonably soon thereafter, and were made or maintained by an employee, agent, or other representative of ExxonMobil having knowledge of the matters reflected in such records. It is the regular practice of ExxonMobil to maintain these records as part of its business activity. I have reviewed such records and I have examined the records referenced in this Declaration.

9. The applicable Terms and Conditions contain an arbitration clause and class waiver and are governed by the laws of the state of Texas. In the event the arbitration clause does not apply, the Terms and Conditions include consent to include consent by AARP members who are Exxon Mobil Rewards+ members to "the federal and state courts in Harris County, Texas," located in the Southern District of Texas. *See* Ex. 1.

10. The majority of ExxonMobil's key employees who have knowledge or relevant information that relates to the claims made in this case and to ExxonMobil's defenses to those

claims are located in Texas. To the best of ExxonMobil's knowledge, none of these individuals work or live in Louisiana.

11. At this time, I have not identified any witnesses ExxonMobil intends to rely on to defend against Plaintiff's claim within 100 miles of Lafayette, Louisiana.

12. ExxonMobil's vendor programs and marketing tools used to facilitate text message campaigns to ensure compliance with the TCPA are located in Illinois, not Louisiana.

FURTHER AFFIANT SAYETH NOT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____          __10/8/25__
Signature                                                 Date

# EXHIBIT 1

#39303256_v1

  Fuels

Menu

# Terms and Conditions

## Exxon Mobil Rewards+™

New Member Exclusive Offer

Club Cards Conditions

General Offer Terms

Program Terms and Conditions

## Exxon Mobil Rewards+ Program TERMS AND CONDITIONS

**Effective as of January 13, 2022**

1. Introduction.
2. Eligibility and Enrollment.
3. Earning Points.
4. Using Points.
5. Points Expiration and Limitations.
6. Frequent Filler.
7. Special Offers
8. Apple™ App Clips Limited Loyalty Rewards
9. Additional Terms and Conditions.
10. Your Data.
11. SMS Terms
12. Consolidating Accounts.
13. Cancellation and Termination.
14. Modifications to these Terms and Conditions.
15. Disclaimers and Limitation of Liability.
16. Governing Law.
17. Assignment.
18. Dispute Resolution – AARP Members.
19. Dispute Resolution – Non-AARP Members
20. Exxon Mobil Smart Card+™
21. Exxon Mobil Direct Debit+™

**1. <u>Introduction</u>. Please read these Terms and Conditions and our Online Privacy Policy carefully, because they affect your legal rights, including an agreement to resolve any disputes that may arise between us through arbitration on an individual basis instead of by class actions or jury trials (See Dispute Resolution, below). By accessing or participating in the Exxon Mobil Rewards+ program, you agree to be bound by these Terms and Conditions, the Online Privacy Policy and all terms incorporated herein by reference (collectively, these "Terms").**

The Exxon Mobil Rewards+ Program is a rewards program operated by ExxonMobil Oil Corporation("ExxonMobil"), referred to as "Exxon Mobil Rewards+", "EM Rewards", or **"we"**, or **"us"**. Exxon Mobil Rewards+ lets you earn Exxon Mobil Rewards+ points ("**Points**") by making qualifying purchases at participating Exxon and Mobil branded service stations operated by ExxonMobil branded wholesalers and certain retail companies who may become a part of Exxon Mobil Rewards+ and through other promotions and offers that may be provided by Sponsors. Branded wholesalers, other retail participants (current and potential) and other entities or persons with whom we have or may be considering a business relationship are referred to as "Sponsors") Fully enrolled Exxon Mobil Rewards+ members ("**Members**") may use the Points they earn for savings at participating Exxon or Mobil branded service stations and locations of specified Sponsors. Visit www.EMrewards.com for a complete list of Sponsors, as well as complete information on where you can earn and use Points. Sponsors are subject to change at any time.

There is no cost to join Exxon Mobil Rewards+. However, you must **fully** enroll in order to use Points. **You are not a Member until you have fully enrolled. Merely having an Exxon Mobil Rewards+ card does not mean you are a Member.**

In most cases, you may use any form of payment (e.g., cash, credit, debit) accepted by a given Sponsor to make qualifying purchases that earn Points. You do not need a credit card to join Exxon Mobil Reward+. Neither the Exxon Mobil Rewards+ program nor the rewards card that Exxon Mobil Rewards+ provides to you is a credit card.

**2. Eligibility and Enrollment.** To be eligible to enroll in Exxon Mobil Rewards+ you must be at least 13 years of age and have a residence in the United States. However, Exxon Mobil Rewards+ may only be used in the 50 United States. If you are between 13 and 18 years old, you may only use Exxon Mobil Rewards+ under the supervision of a parent or legal guardian who agrees to be bound by these Terms. Exxon Mobil Rewards+ may change these eligibility requirements at any time, and reserves the right to refuse membership to any applicant for any reason, in its sole discretion.

To become a Member, you must **complete the enrollment process described below.** To fully enroll you must provide your first and last name, email address, and phone number; set a PIN and password; and accept these Terms;. If you use your Exxon Mobil Rewards+ card before you have completed your enrollment, Exxon Mobil Rewards+ will track the Points that you are

earning, **but you cannot use those Points until you fully enroll and become a Member. You can fully enroll at www. EMrewards.com.**

When you enroll, we will ask you for certain personal information, such as your name, address, zip code, e-mail address, and phone number (your "**Registration Information**"). We will also ask you to establish a "**PIN**" (a four-digit security code that you will need when using your phone number as your loyalty identifier to redeem points). You represent that all Registration Information you provide during enrollment and throughout your interactions with Exxon Mobil Rewards+ are true and accurate. You agree to update your Registration Information, as necessary to maintain its truth and accuracy. You are responsible for all activities related to your account and for maintaining the confidentiality of your password and PIN.

Additionally, to complete the enrollment process, you must acknowledge agreement with these Terms, and consent to our sharing your Registration Information with Sponsors (though you can revoke that consent at any time by logging in at www.EMrewards.com and navigating to the My Account page). You can complete enrollment via:

- www.EMrewards.com
- The Exxon Mobil Rewards+ App on your mobile device
- Our customer service center at 1-888-Reward+ (1-888-739-2730)

**Please note: Certain features of Exxon Mobil Rewards+ are only available online. If you have internet access, we encourage you to enroll via www.EMrewards.com or the Exxon Mobil Rewards+ App in order to access all features of Exxon Mobil Rewards+.**

Before you fully enroll and become a Member, you are still subject to these Terms. Until you fully enroll and become a Member, you are not eligible to use Points for savings. However, you can still earn Points when you make qualifying purchases, and we will track those Points accordingly. Once you do fully enroll and become a Member, we will then provide you with the ability to use those Points that you earned before you fully enrolled.

**The Points that you earn before you become a Member will still expire if, as of December 31 of each calendar year, they were credited to your account least one (1) year prior (See: Points Expiration and Limitations, below), even if you could not use those Points at that time because you had not fully enrolled.**

Eligibility for Exxon Mobil Rewards + benefits may be limited for users of Apple App Clips. Please refer to Section 8 below for applicable terms.

**3. Earning Points.** Members may earn Points in various ways, which may include by:

- Making Qualifying Purchases
- Redeeming Points
- Redeeming Offers and Promotions
- Using Associated Payment Cards or Methods
- Participating in certain sweepstakes, contests or promotions or taking certain actions

To earn Points on qualifying purchases, you must present and use an Exxon Mobil Rewards+ card/loyalty identifier prior to purchasing qualifying items or services from participating Sponsor locations. Your EM Rewards Identifier includes the Exxon Mobil Rewards+ card we issue you and other Exxon Mobil Rewards+ Identifiers, which you may be able to use at select Sponsor locations, such as your 16 digit Exxon Mobil Rewards+ account number, a phone number associated with your Exxon Mobil Rewards+ account, and the digital Exxon Mobil Rewards+ card contained within the Exxon Mobil Rewards+ App.

**You will not receive Points for: items excluded by law; the value of any merchant discounts or coupons; items and services that a particular Sponsor or Exxon Mobil Rewards+ deems ineligible; or, in most cases, taxes. Please call 1-888-739-2730 for more information.**

Exxon Mobil Rewards+ and Sponsors may provide you with additional ways to receive Points through offers, promotions, and other programs. Such offers and promotions may be subject to additional terms and conditions (See Additional Terms and Conditions, below).

We will not credit Points to your account until we receive information about a qualifying purchase. In most instances, we will receive purchase information and credit Points in real time or within 48 hours. We are not responsible for any failure or delay of a Sponsor or the issuer of an Associated Payment Card (See below), to provide us with the necessary information to credit Points to your account. Additionally, we may hold earned Points in a pending status for certain purchases, such as those that are suspected of fraud. We will determine when to pend Points at our sole discretion. If we pend Points, you will not be able to see them in your account as pending and you will not be able to use them until we release them to your account.

**Associated Payment Cards or Methods.** Certain payment cards or payment methods, such as Exxon Mobil Rewards+ App, may be available to you that are associated with ExxonMobil or Exxon Mobil Rewards+ ("Associated Payment Cards"). You are not required to have an Associated Payment Card to be a Member, but having an Associated Payment Card may provide you with additional ways to earn Points. Your Exxon Mobil Rewards+ card issued to you by Exxon Mobil Rewards+ is not an Associated Payment Card. You will need to separately apply for any Associated Payment Card with the company responsible for such card, which will be subject to separate terms. Among other things, these separate terms will describe how an Associated Payment Card works in connection with Exxon Mobil Rewards+, such as how and where you can earn Points, whether you need to link your Exxon Mobil Rewards+ card with your Associated Payment Card, and/or whether you need to present both your Exxon Mobil Rewards+ Identifier and the Associated Payment Card in order to earn Points or use points.

**4. Using Points.** Members can use Points for savings on purchases at participating Exxon and Mobil branded service stations and certain other Sponsor locations. **You may not be able to use Points at all Sponsors or locations.** Visit www.EMrewards.com to view a full list of other Sponsors locations. To use Points for savings, use your applicable Exxon Mobil Rewards+ Identifier before paying. In some instances you may also need to enter your security PIN.

To be eligible to use Points, you must have at least 100 Points in your Exxon Mobil Rewards+ account. Points do not have a fixed value. However, you will generally receive savings of at least one cent for each Point you use. For example, 100 Points will generally allow you receive at least $1.00 in savings. However, Exxon Mobil Rewards+ may run promotions that may allow you to obtain a greater amount of savings per Point. Exxon Mobil Rewards+ may also set a specific number of Points for which an item can be exchanged, such as 250 Points for a soft drink. Additionally, in some instances, you may receive a savings of less than one cent for each Point you use. Points can be applied for savings up to the amount of the purchase price for the applicable product or up to a maximum amount as set forth by each Sponsor. Maximum number of points redeemed per transaction is 5000.

If you return an item on which you earned a certain number of Points, we may deduct up to an equivalent amount of Points from your Exxon Mobil Rewards+ account. For example, if you earned 20 Points for purchasing a soft drink and then return that drink, we may deduct 20 Points from your Exxon Mobil Rewards+ account. Continuing this example, if you have fewer than 20 Points in your account, we may deduct your remaining balance. If you used Points for savings on a purchase and then return the item purchased, the number of Points that you redeemed will generally be credited to your account. However, in some instances you may receive a store credit instead, depending on the policies of that Sponsor. Whether or not an item that you have purchased can be returned is subject to the policies of each applicable Sponsor and applicable law. We make no representation and bear no responsibility for whether you can or cannot return any item you purchase.

Non-Qualifying Redemption of Points: Points cannot be redeemed towards purchases of any type of gift card or prepaid third party cards, also known as a stored-value money card, usually issued by a retailer or bank, that are sold at participating Exxon and Mobil branded service stations and certain other Sponsor locations. Other exclusions may also apply.

**5. <u>Points Expiration and Limitations</u>. On December 31 of each year, any Points that are at least one (1) year old will expire. The age of a Point will be measured from the date the point is issued on the transaction.** If you or we terminate your Exxon Mobil Rewards+ account, or if the Exxon Mobil Rewards+ program is terminated or otherwise modified, Points may be cancelled before they expire. **You may not use expired Points.** Points will be redeemed in the order in which they were earned.

Points have no cash value. Points are not your property. Points are issued without separate payment or other consideration by you, and exist at the sole discretion of ExxonMobil as part of a rewards program. Points cannot be purchased, redeemed for cash or any other monetary value or currency, or used to pay any debt. Points may not be assigned, transferred or pledged to any third party, except as stated herein. Points may not be transferred by operation of law, such as by inheritance, in bankruptcy, or in connection with a divorce.

**6. <u>Frequent Filler</u>.** Exxon Mobil Rewards+ Frequent Filler is achieved by purchasing at least 100 gallons of fuel in a calendar month (such as January). To qualify, you must make purchases at

participating locations either using (1) your Exxon Mobil Rewards+ card, or (2) your alt-ID/telephone number or (3) within the Exxon Mobil Rewards+ app.

Exxon Mobil Rewards+ Frequent Filler Benefits ("Benefits") begin after Frequent Filler is earned. You must purchase at least 100 gallons each calendar month to maintain your Benefits. In the event that Frequent Filler is not maintained in the following month, your Frequent Filler benefits expire.

Benefits include earning an extra point (for a total of 4 points per gallon) on all fuel purchases and two extra points (for a total of 4 points per dollar) on all convenience store purchases after earning and while maintaining Frequent Filler. You will also be eligible for various Frequent Filler offers and experiences that are available to Frequent Filler members.

Your Frequent Filler status is non-transferrable and does not preclude you from using other Exxon Mobil Rewards+ offers, unless specified.

### 7. <u>Special Offers</u>.

**Birthday Rewards**

As an Exxon Mobil Rewards+ member, you may be eligible to earn a Birthday Reward of 100 bonus points if you take the following steps in order:

(1.) Complete registration as an Exxon Mobil Rewards+ member in the Exxon Mobil Rewards+ app or at: https://rewards.exxon.com/welcome/enrollment

(2.) Enter your birth date into your Exxon Mobil Rewards+ account.

(3.) Make a qualifying fuel (8 gallon minimum) or c-store purchase from the first day to the last day of your birthday month.

Opt-in to email and/or SMS is strongly recommended to receive notifications and/or reminders of the offer during your birthday month.

This Birthday Reward offer is for one-time use and only valid on the first through last day of the eligible member's birthday month. Bonus points will automatically be applied to your account on completion of the above steps. Birthday Rewards bonus points may be cumulative to other qualifying offers. Users can only input their birth date within the Exxon Mobil Rewards+ one time. No changes allowed.

**Refer-a-Friend Offer**

For new and existing Exxon Mobil Rewards+(TM) members. Existing members can earn 100 bonus Points by sending a Refer-a-Friend code to an unregistered recipient when that recipient uses the Refer-a-Friend code during their Exxon Mobil Rewards+(TM) account registration and makes a qualifying fuel transaction (8 gal. min). Members may earn 100 bonus Points up to 5 times per calendar month. New Exxon Mobil Rewards+(TM) members may also earn up to 30 cents per gallon in points on their next five fill ups on premium fuel, or earn up to 15 cents per

gallon in points on their next five fill ups on regular, midgrade or diesel fuel, when they register using a Refer-a-Friend code between 8/15/2025 12:00:00 AM CST and 10/15/25 11:59:00 PM CST and complete loyalty fuel transactions (8-gal. min) within the next 60 days upon registering. This offer is cumulative, and in addition, to the 500 points new members may receive by linking their AARP accounts. Registration can be completed through the Exxon Mobil Rewards+(TM) app or through our website at https://rewards.exxon.com/welcome/enrollment. Once registered, new members may redeem their bonus points in both the Exxon Mobil Rewards+ (TM) application and microsite at https://www.exxon.com/en/rewards-program. Bonus points will automatically be applied to the account upon recipient's qualifying purchase. Terms and certain exclusions (Lottery, Gift Cards, Tobacco products, Alcohol, Money orders, and Cash-back) apply.

**8. Apple™ App Clips Limited Loyalty Rewards.** Apple App Clip users providing their full name and phone number/alt ID and a four digit PIN are eligible for limited benefits and limited enrollment in the Exxon Mobil Rewards + program ("Limited Loyalty Rewards Participants").

Limited Loyalty Rewards Participants are limited to the following two program features:

1. Earn and redeem base-earn points on fuel purchases when using App Clips to purchase fuel from participating service stations. Current base earn is 3 points per gallon.
2. Earn and redeem base-earn AND promotion points from participating convenience store purchases when using registered phone number (and Alt ID) at checkout. Current base earn is 2 points for every $1 spent and bonus points on any ongoing promotional offers from participating convenience store purchases.

All other benefits for Limited Loyalty Rewards Participants are **excluded**. Such excluded benefits include, but are not limited to, the following:

- Ability to earn program tier status and earn extra points as outlined in the tier program terms including: Premium status, Frequent Filler, participation in Sponsor programs.
- Eligibility for fixed point offers such as fuel promotions or sign-up bonuses
- Ability to earn/redeem points on car washes

NOTE: Limited Loyalty Rewards Participants are eligible to fully enroll in Exxon Mobil Rewards+ in order to access all benefits outlined as part of the Exxon Mobil Rewards+ program; however, in order to enroll and avoid forfeiting points earned as a Limited Loyalty Rewards Participants, such Participants are required to download the full Exxon Mobil Rewards+ mobile app and sign into their Exxon Mobil Rewards + account using their Apple ID. All other Terms apply to such Limited Loyalty Rewards Participants.

**9. Additional Terms and Conditions.** In addition to and independent of these Terms, Sponsors and that become part of the program may have their own terms and conditions, which describe specifically how Exxon Mobil Rewards+ works at their locations. These terms and conditions may describe things such as how you earn Points at their locations, which items are excluded from earning Points and whether or not you need to link your account with the Sponsor's account in order to earn Points. In certain cases, the Sponsor may also provide you with additional benefits that are not directly related to Exxon Mobil Rewards+ (e.g., price discounts on certain items).

ExxonMobil bears no liability under or responsibility for any Sponsor-provided terms and conditions, or for any associated additional benefits, which are offered solely by the applicable Sponsor, and may be changed or discontinued at that Sponsor's exclusive discretion.

**10. <u>Your Data.</u>** This section, along with the Exxon Mobil Rewards+ Online Privacy Policy (available at www.exxon.com/privacy-policy), describes the authorizations you grant to us with respect to our use of data that you may provide to us and what we may, and may not, do with that information.

**Your Registration Information.** By becoming a Member of Exxon Mobil Rewards+ you choose to provide us with your Registration Information, and you agree to update it from time to time so that it remains accurate. If you provide any Registration Information to a participating Sponsor, you authorize that Sponsor to share your Registration Information with us.

**Your Account Activity.** When you participate in Exxon Mobil Rewards+ and/or present an Exxon Mobil Rewards Identifier, you authorize us to collect information about your "**Account Activity**," which may include the items or services that you purchased, any promotions that you redeemed, or any other information related to your transaction.

**Authorization for Exxon Mobil Rewards+ to Use and Share Your Information.** You authorize us to use and share your Registration Information and Account Activity in accordance with the Exxon Mobil Rewards+ Online Privacy Policy www.exxon.com/privacy-policy, as amended from time to time, in our sole discretion.

You can obtain copies of the Exxon Mobil Rewards+ Online Privacy Policy by clicking on the hyperlinks above.

You can create an account at www.EMrewards.com and view the Points that you have earned and used. If you believe there is an error in your account balance, you can contact our customer service center by calling 1-888-739-2730). We will review your claim and determine whether or not to adjust your balance, at our sole discretion. If you believe your Exxon Mobil Rewards+ account has been the subject of any suspicious activity, or if your Exxon Mobil Rewards+ card has been lost or stolen, please contact our customer service center immediately at 1-888-739-2730.

**Authorization for Exxon Mobil Rewards+ to communicate with you about your Account.** You authorize us to send you program emails to support the operations of the program. For example, in some cases, Exxon Mobil Rewards+ will send emails to you to verify or confirm information based on information you have provided or have changed to your account profile. These emails will continue to be delivered to you even if you choose to opt-out of receiving communications.

**Authorization for Exxon Mobil Rewards+ to communicate with you about special offers, news and information relating to ExxonMobil.** You authorize us to send you via email, text message, standard mail, or other forms of digital and non-digital communications, from time to time, special offers, news and information relating to ExxonMobil generally, the Exxon Mobil Rewards+ App and/or the Exxon Mobil Rewards+ Program. Message and data rates may apply.

You will have the option to set your preferences and opt-out of receiving such communications by logging in at www.EMrewards.com and navigating to the My Account page.

**Authorization to Monitor your Account.** You authorize us to monitor your Exxon Mobil Rewards+ account activity. We have the right to take any necessary legal action based on fraud, abuse, or suspicious activity in connection with your account or any of your activities relating to Exxon Mobil Rewards+, and you agree to cooperate with any such action or investigation. If you are engaged in such activity, you may be liable for monetary losses, including litigation and/or arbitration costs and damages. This section shall survive the termination of Exxon Mobil Rewards+ or your Exxon Mobil Rewards+ account.

## 11. SMS Terms

By texting JOIN, you are consenting to become a member of Exxon Mobil Rewards+ and agree to receive SMS or MMS marketing messages from 66345. Message frequency varies by user. Message and data rates may apply. To opt out of Exxon Mobil Rewards+ text messaging program, send the word STOP to 66345 at any time. You understand and agree that text messages sent to your mobile phone/device may be generated using automated technology. Your consent to receive text messages is not required to make a purchase. For help or information on this program, send HELP to 66345. By subscribing to Exxon Mobil Rewards+ Alerts, the user consents to receive automated text messages from ExxonMobil and its affiliates, other parties within ExxonMobil, and Sponsors and their affiliates.

There is no fee from Exxon Mobil Rewards+ to receive messages. Message & data rates may apply – this can be checked with your mobile service provider. Charges are billed and payable to your mobile service provider or deducted from your prepaid account. Consent is not a requirement for purchase.

Data obtained from you in connection with this SMS service may include your cell phone number, your carrier's name and the date, time and content of your messages. We may use this information to contact you and to provide the services you request from us. Alerts sent via SMS may not be delivered if the mobile phone is not in range of a transmission site, or if sufficient network capacity is not available at a particular time. Even within a coverage area, factors beyond the control of the wireless carrier may interfere with message delivery. The wireless carrier does not guarantee that alerts will be delivered and will not be held liable for delayed or undelivered messages.

For information on data collection and use, please read our full corporate Privacy Policy.

We will not be liable for any delays in the receipt of any SMS messages as delivery is subject to effective transmission from your network operator. T-Mobile is not liable for delayed or undelivered messages.

The service is available on these US carriers only: Verizon Wireless, Sprint, Nextel, Boost, T-Mobile, AT&T, Alltel, ACS Wireless, Bluegrass Cellular, Carolina West Wireless, CellCom, Cellular

One of East Central Illinois (ECIT), Cincinnati Bell, Cricket, C-Spire Wireless, Duet IP (AKA Max/Benton/Albandy), Element Mobile, Epic Touch, GCI Communications, Golden State, Hawkeye (Chat Mobility), Hawkeye (NW Missouri Cellular), Illinois Valley Cellular (IVC), Inland Cellular, iWireless, Keystone Wireless (Immix/PC Management), MetroPCS, MobiPCS, Mosaic, MTPCS/Cellular One Comm, Rina-Farmers Mutual Elephone Co, Rina-Nucla Nutria Telephone Co, Rina-Silver Star, Rina-South Central Comm, Rina-Syringa, Rina-UBET, Rina-Manti, Simmetry, South Canaan/CellularOne of NEPA, Thumb Cellular, Union Wireless, United Wireless, U.S. Cellular, Viaero Wireles,s Virgin Mobile, West Cnetral Wireless (includes Five Star Wireless).

**Oklahoma residents:** By executing the agreement, you authorize the person making or allowing the placement of a telephonic sales call to deliver or cause to be delivered a telephonic sales call to you using an automated system for the selection or dialing of telephone numbers or the playing of a recorded message when a connection is completed to a number called; and you are not required to directly or indirectly sign the written agreement or to agree to enter into such an agreement as a condition of purchasing any property, goods, or services.

## 12. Consolidating Accounts and Points Circle

**Consolidating Accounts.** If you have more than one Exxon Mobil Rewards+ account, you may consolidate these accounts into a single account, provided that you have fully enrolled at least one of the accounts. The account you select will survive, and all Points earned or pending on the other accounts will be consolidated into the single surviving account. Please discard and/or cease using any Exxon Mobil Rewards+ Identifiers relating to the other accounts, as any further activity on such accounts after they have been consolidated will **not** be credited to the surviving account. If you wish to consolidate accounts, please call our customer service center at 1-888-739-2730).

**Points Circle**. You may select to combine your account with up to 6 other accounts into a Points Circle. Accounts in a Points Circle share a single balance of points. When you join a Points Circle, your existing individual points balance is moved into a shared points balance. All members in a Points Circle have equal access to redeeming the points. Once a point is redeemed, it is removed from the available balance and cannot be redeemed by other accounts in the Points Circle.

To join a Points Circle, you must be fully registered. You may join a maximum of one Points Circle. ExxonMobil reserves the right to refuse your joining or disband an existing Points Circle, immediately and without notice.

The member who creates the Points Circle is designated as the Master Account Manager. The Master Account Manager is the only member in the Points Circle who can  invite other members to join their Points Circle until a maximum of 6 accounts have been combined. The Master Account Manager  may invite a registered member to join a Points Circle by logging into the website (www.rewards.exxon.com). On the website, they can provide the email address of each member they would like to invite to send the invitation. The recipient of the invitation must login to the website (www.rewards.exxon.com) to accept the invitation. The email invitation is valid for

only a specified amount of time. The Master Account Manager can manage invites by logging into their account on the website (www.rewards.exxon.com).

Special offers are sent to each individual account and may not be shared with other members in the Points Circle unless specified by the promotion. However, multiple members in a Points Circle may individually receive an offer.

When you accept the invitation to join a Points Circle, you agree to share your first and last name and email with all current and future members of the Points Circle. Until you accept an invitation, your email address will be anonymized. The Master Account Manager is able to remove themselves from the Points Circle, but must designate a new Master Account Manager before doing so. All other Points Circle members have the ability to remove themselves from a Points Circle by visiting the website (www.rewards.exxon.com) or by calling customer service (1-888-739-2730). If you wish to leave the Points Circle you have joined, the points that you have earned, but that have not yet been redeemed by the Points Circle, will be transitioned to your individual account.

The Master Account Manager is the only member in the Points Circle who has the ability to remove other Points Circle members by visiting the website or calling customer service. If a Master Account Manager chooses to remove a member, that member will be notified via email and the points that member earned that have not yet been redeemed by the Points Circle will be transitioned to an individual account.

**13. Cancellation and Termination.**

**Satisfaction.** Your satisfaction is of utmost importance, so if you have concerns, please call our help desk at 1-888-739-2730 and we will work to resolve your concerns.

**Account Cancellation.** You may cancel your Exxon Mobil Rewards+ account at any time by logging in at www.EMrewards.com and navigating to the My Account page or calling our customer service center at 1-888-739-2730. If you cancel your Exxon Mobil Rewards+ account, any Points in your Exxon Mobil Rewards+ account will immediately be voided, and cannot be used after you cancel your account.

**Account Termination by Exxon Mobil Rewards+.** We reserve the right to terminate your Exxon Mobil Rewards+ account at any time, or to modify or restrict your ability to use Points, immediately and without notice. We may do so for any reason, or no reason at all, including, but not limited to: if you violate these Terms, if you do not earn or use Points for one (1) or more years, if we determine that you are using your Exxon Mobil Rewards + account for purposes inconsistent with these Terms, or if you act in a manner that is inconsistent with applicable laws or regulations. If we terminate your account, any Points in your Exxon Mobil Rewards+ account will immediately be voided and cannot be used.

**Termination of Entire Rewards Program by Exxon Mobil Rewards+.** We may terminate or suspend the entire Exxon Mobil Rewards+ program at any time, in our sole discretion.

**14. Modifications to these Terms.** We may modify these Terms in any manner, at any time, in our sole discretion. Such changes may affect Points already received, including the opportunity to use such Points or their redemption rate. We will provide notice of modification on www.EMrewards.com and by posting the revised Terms at www.exxon.com/terms-conditions and updating the effective date. Be sure to check the website from time to time to ensure that you are aware of any changes to these Terms. Modifications to these Terms are effective immediately when posted. Except as set forth herein, modifications apply only to transactions and disputes that arise after the effective date. Your continued use of Exxon Mobil Rewards+ after changes have been made to these Terms constitutes your agreement to be bound by the modified Terms. If you do not agree to be bound by the modified Terms, your only recourse is to cancel your membership.

**15. Disclaimers and Limitation of Liability. ExxonMobil and its Sponsors make no guarantees, warranties or representations of any kind concerning the program or Points.** All Points are void where prohibited by applicable laws or regulations, and these Terms are subject to immediate change if necessary to comply with such laws or regulations. You agree to release and hold harmless us, our affiliates, and any participating Sponsors from all liability regarding your earning and use of Points or your participation in Exxon Mobil Rewards+. The Exxon Mobil Rewards+ program is only available in English.

We make no representations or warranties, either express or implied, including, but not limited to: any implied warranty of quality, condition, merchantability, fitness for intended use or a particular purpose, or those arising by statute or otherwise in law or from a course of dealing or usage of trade regarding Exxon Mobil Rewards+ or the services, materials, or goods advertised, promoted, sold or otherwise made available through a Sponsor. You agree that your purchases of goods or services from a Sponsor are between you and them, are made at your own risk, and are subject to any additional terms, conditions and restrictions between you and them. We have no responsibility for the delivery, standard, quality, safety, use, suitability or any other aspect of any goods or services ordered or purchased, except where required by law. We refer to Sponsors in these Terms, which indicate various business relationships or associations and not legal relationships and are not indicitive of actual sponsorships; neither are actual legal partners or any other legal entity relation of ExxonMobil, its affiliates or the Exxon Mobil Rewards+ program.

Participating Sponsors or participating Sponsor locations may change at any time, and we may terminate or suspend Exxon Mobil Rewards+ relationship with any Sponsor without prior notice to you. A Sponsor that is no longer participating in Exxon Mobil Rewards+ may still appear on marketing materials despite no longer being associated with the program.

You acknowledge and agree that you have no ownership rights in Points or your Exxon Mobil Rewards+ account. You further acknowledge and agree that you have no third-party beneficiary rights in any agreement between us and any Sponsor, and that the only relationship created by these Terms is one between you and us.

Exxon Mobil Rewards+ cannot be used where prohibited by law. Exxon Mobil Rewards+ cannot be used outside the United States. If any term of this agreement is found by a court to be illegal or not enforceable, except as otherwise provided in the Dispute Resolution paragraph below, all other terms will still be valid and enforceable.

**Limitation of Liability. Under no circumstances shall we, or any of our affiliates, or our or their vendors, or any Sponsor be liable to you for any indirect, incidental, consequential, special, exemplary or punitive damages,** whether any claim is based on warranty, contract, tort (including, without limitation, negligence) or otherwise, even if any of them have been advised of the possibility of such damages. This limitation of liability shall apply however damages arise, including, without limitation, whether such damages are incurred by third parties, and/or whether such damages arise from transactions between you and a Sponsor, your use or misuse of Exxon Mobil Rewards+, your inability to use Exxon Mobil Rewards+, or the interruption, suspension, or discontinuation of Exxon Mobil Rewards+.

**16. <u>Governing Law.</u>** Texas law and federal law govern these Terms and any aspect of your relationship with us. These laws govern without regard to any conflicts of laws principles that would otherwise apply the substantive law of another jurisdiction.

**17. <u>Assignment.</u>** Except as expressly set forth herein, you may not sell, assign or transfer any Points you receive, any other aspect of your Exxon Mobil Rewards+ account, or any of your rights or obligations under these Terms, whether by operation of law or otherwise. We may sell, transfer, or assign the Exxon Mobil Rewards+ program, these Terms, or your Exxon Mobil Rewards+ account, in whole or in part, at any time, without notice to you. If we make such an assignment, the sole responsibility for the matters assigned, including any obligations to you, will lie with the party to which we make the assignment, and we will be released from any responsibilities or obligations.

**18. DISPUTE RESOLUTION – AARP MEMBERS. <u>THIS SECTION APPLIES ONLY TO AARP MEMBERS WHO ARE ALSO EXXON MOBIL REWARDS+ MEMBERS.</u>** Most customer concerns can be resolved by calling our customer service center at 1-888-739-2730. In the event that the customer service center is unable to resolve a complaint to your satisfaction, this section explains how AARP member claims can be resolved.

**AARP members who are also members of the Exxon Mobil Rewards+ program agree that the sole and exclusive jurisdiction and venue for resolving all disputes between us shall be brought and decided in the federal or state courts located in Harris County, Texas. Each party irrevocably submits to the sole and exclusive jurisdiction of such courts in any such suit, action or proceeding.**

**19. <u>DISPUTE RESOLUTION – NON-AARP MEMBERS</u>. <u>THIS SECTION DOES NOT APPLY TO AARP MEMBERS WHO ARE ALSO EXXON MOBIL REWARDS+ MEMBERS</u>. NON-AARP MEMBERS SHOULD READ THIS SECTION CAREFULLY. IT AFFECTS RIGHTS THAT YOU MAY OTHERWISE HAVE. IT PROVIDES FOR RESOLUTION OF DISPUTES THROUGH**

**INDIVIDUAL ARBITRATION INSTEAD OF COURT TRIALS AND CLASS ACTIONS. ARBITRATION IS MORE INFORMAL THAN A LAWSUIT IN COURT, USES A NEUTRAL ARBITRATOR INSTEAD OF A JUDGE OR JURY, AND DISCOVERY IS MORE LIMITED. ARBITRATION IS FINAL AND BINDING AND SUBJECT TO LIMITED REVIEW BY A COURT. THIS ARBITRATION CLAUSE SHALL SURVIVE TERMINATION OF THESE TERMS.**

Most customer concerns can be resolved by calling our customer service center at 1-888-739-2730. In the event that the customer service center is unable to resolve a complaint to your satisfaction, this section explains how claims can be resolved.

For this Dispute Resolution section: (a) "**you**" includes you, any person acting on your behalf including, if you are a minor, your parents and legal guardians; (b) "**we**" and "**us**" includes Exxon Mobil Rewards+, our Sponsors and any corporate parents, subsidiaries, affiliates or related persons or entities, and, if there is an assignment, the assignee and its corporate parents, subsidiaries, affiliates or related persons or entities; and (c) "**claim**" means any current or future claim, dispute or controversy relating to Exxon Mobil Rewards+, including these Terms, except for the validity, enforceability or scope of the arbitration provision. Claim includes but is not limited to: (1) initial claims, counterclaims, cross-claims and third-party claims; (2) claims based upon contract, tort, fraud, statute, regulation, common law and equity; and (3) claims by or against any third party using or providing any product, service, or benefit in connection with any Exxon Mobil Rewards+ account. You may not sell, assign or transfer a claim.

**(a) EXCEPT AS EXPRESSLY PROVIDED BELOW, YOU AND EXXON MOBIL REWARDS+ ARE AGREEING TO GIVE UP ANY RIGHTS TO LITIGATE CLAIMS IN A COURT OR BEFORE A JURY, OR TO PARTICIPATE IN A CLASS ACTION OR REPRESENTATIVE ACTION WITH RESPECT TO A CLAIM. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT MAY ALSO BE UNAVAILABLE OR MAY BE LIMITED IN ARBITRATION. IF EITHER YOU OR WE CHOOSE TO ARBITRATE, THEN ANY CLAIM BETWEEN YOU AND US WILL BE RESOLVED EXCLUSIVELY AND FINALLY BY BINDING ARBITRATION ON AN INDIVIDUAL BASIS.**

**(b)The arbitration will be administered by the American Arbitration Association ("AAA") in accordance with the Consumer Arbitration Rules (the "AAA Rules") then in effect, except as modified by this Section 17, available at https://www.adr.org/sites/default/files/Consumer%20Rules.pdf. The Federal Arbitration Act ("FAA") will govern the interpretation and enforcement of this section. If your claim is for $10,000 or less, you may choose whether the arbitration will be conducted solely on the basis of documents, through a telephonic hearing, or by an in-person hearing. The arbitrator will be empowered to grant whatever relief would be available in court under law or in equity. At any party's request, the arbitrator will provide a brief written explanation of the award. The arbitrator's award will be final and binding, except for any right of review provided by the FAA; however, any party will have 30 days to appeal the award by notifying the arbitration organization and all parties in writing. The organization will appoint a three-**

arbitrator panel to decide anew, by majority vote based on written submissions, any aspect of the decision objected to. Judgment upon any award may be entered in any court of competent jurisdiction. At your election, any in-person hearing will take place in the federal judicial district of your residence.

The arbitrator's authority will be limited to claims between you and us. Your claim may not be joined or consolidated with any other claim unless expressly agreed in writing between you and us.

You will be responsible for paying your share of any arbitration fees (including filing, administrative, hearing or other fees), but only up to the amount of the filing fees you would have incurred if you had brought a claim in court. We will be responsible for any additional arbitration or registration fees. If you prevail on any claim that affords the prevailing party attorneys' fees, the arbitrator may award attorneys' fees to you under the standards for fee shifting provided by law.

(c) We will not elect arbitration for any claim that you file in small-claims court as long as it is limited solely to your individual dispute or controversy, is pending only in that court and is within the scope of that court's jurisdiction.

(d) In any dispute, NEITHER YOU NOR US WILL BE ENTITLED TO JOIN OR CONSOLIDATE CLAIMS BY OR AGAINST OTHER CUSTOMERS IN COURT OR IN ARBITRATION OR OTHERWISE PARTICIPATE IN ANY CLAIM AS A CLASS REPRESENTATIVE, CLASS MEMBER OR IN A PRIVATE ATTORNEY GENERAL CAPACITY. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. The arbitrator has no power to consider the validity, enforceability or scope of this class arbitration waiver.

(e) A party who intends to seek arbitration must first send a written notice of the dispute to the other, by certified mail, Federal Express, UPS, or Express Mail (signature required), or in the event that we do not have a physical address on file for you, by electronic mail ("Notice"). Our address for Notice is: ExxonMobil Oil Corporation, Attn: U.S. Loyalty Programs Manager, 22777 Springwoods Village Parkway, Houston, Texas, 77389 USA. The Notice must (1) describe the nature and basis of the claim or dispute; (2) specify the amount of money in dispute, if applicable; (3) identify the requested location if an in-person hearing is requested; and (4) set forth the specific relief sought. We agree to use good faith efforts to resolve the claim directly, but if we do not reach an agreement to do so within 30 days after the Notice is received, you or us may commence an arbitration proceeding.

(f) You and us agree that the sole and exclusive jurisdiction and venue for resolving any disputes between us arising out of or related to the validity, enforceability or scope of this arbitration provision shall be in the federal or state courts located in Harris County, Texas. Each party irrevocably submits to the sole and exclusive jurisdiction of such courts in any such suit, action or proceeding. If any portion of this arbitration provision is deemed invalid

or unenforceable, the remaining arbitration provisions shall nevertheless remain in full force and effect.

**20. Exxon Mobil Smart Card+™.** Exxon Mobil Rewards+™ points will not be earned on purchases made with the Exxon Mobil Smart Card+™ credit card.

**21. Exxon Mobil Direct Debit+™:** Exxon Mobil Rewards+™ point will not be earned on purchases with the Exxon Mobil Direct Debit+™ payment. Full T&Cs [here](#).

Helplful?

App Terms and Conditions

College Sponsorships

FleetPro Promotion

BusinessPro Promotions

Other offers

To view our privacy policy, [please click here](#).



• Resources      • Privacy center (Do not sell or share my personal information)

Privacy policy      • Terms & conditions

© 2025 ExxonMobil. All trademarks used herein are trademarks or registered trademarks of Exxon Mobil Corporation or one of its subsidiaries. All rights reserved.