UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **JAMES EDWARD MCCORMACK III,** | § § § | |
| *Plaintiff,* | § § | Case No. 6:25-cv-01100-DCJ-CBW |
| v. | § § | |
| **EXXONMOBIL OIL CORPORATION** | § § § | JUDGE DAVID C. JOSEPH |
| *Defendant.* | § § | MAGISTRATE JUDGE CAROL B. WHITEHURST |

**DEFENDANT EXXONMOBIL OIL CORPORATION'S AMENDED MOTION
TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS**

NOW INTO COURT, Defendant, ExxonMobil Oil Corporation ("ExxonMobil" or "Defendant"), through its undersigned counsel and pursuant to 28 U.S.C. § 1404(a), hereby respectfully moves the Court to transfer this action to the United States District Court for the Southern District of Texas.

Accordingly, and for the reasons set forth in the memorandum supporting this Amended Motion, ExxonMobil requests that the Court transfer this action to the United States District Court for the Southern District of Texas.

Dated: October 21, 2025.          Respectfully submitted,

By:  */s/ A. Kristi Soppet*
     A. Kristi Soppet, Attorney-in-Charge
     Louisiana Bar No. 38463
     Kristi.Soppet@hklaw.com
     Holland & Knight LLP
     811 Main Street, Suite 2500
     Houston, Texas 77002
     Telephone: (713) 821-7000

                                      Facsimile: (713) 821-7001

                                      Cory Eichhorn (*Pro Hac Vice Forthcoming*)
                                      Florida Bar No. 576761
                                      cory.eichhorn@hklaw.com
                                      Holland & Knight LLP
                                      701 Brickell Avenue, Suite 3300
                                      Miami, Florida 33131
                                      Telephone: (305) 374-8500

                                      *Counsel for Defendant*
                                      *ExxonMobil Oil Corporation*

## **LOCAL RULE 7.4.1 CERTIFICATE OF CONFERENCE**

      Prior to filing this Motion, undersigned counsel certifies that Cory Eichhorn, Esq., conferred with Plaintiff's counsel, Anthony Paronich Esq., on October 6, 2025, regarding the requested relief. Plaintiff's counsel has advised that Plaintiff opposes the transfer of venue to the Southern District of Texas.

                                      */s/ A. Kristi Soppet*
                                      A. Kristi Soppet

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 21st day of October 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

                                      */s/ A. Kristi Soppet*
                                      A. Kristi Soppet