# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **JAMES EDWARD MCCORMACK III,** | § § § | |
| *Plaintiff,* | § § | Case No. 6:25-cv-01100-DCJ-CBW |
| v. | § § | |
| | § | **JUDGE DAVID C. JOSEPH** |
| **EXXONMOBIL OIL CORPORATION** | § § | **MAGISTRATE JUDGE** |
| *Defendant.* | § | **CAROL B. WHITEHURST** |

## ORDER GRANTING DEFENDANT EXXONMOBIL OIL CORPORATION'S AMENDED MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

Having considered Defendant ExxonMobil Oil Corporation's Amended Motion to Transfer Venue to the United States District Court for the Southern District of Texas (the "Motion"), IT IS ORDERED that:

1. The Motion is GRANTED.

2. THEREFORE, IT IS HEREBY ORDERED that this action is TRANSFERRED to the United States District Court for the Southern District of Texas.

Signed _____, 2025

_____
JUDGE PRESIDING

1