IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

JAMES EDWARD MCCORMACK III,   CIVIL DOCKET NO.: 6:25-cv-01100

*Plaintiff*

v.

EXXONMOBIL OIL CORPORATION

*Defendant*

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7.8 of the United States District Court for the Western District of Louisiana and Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff James Edward McCormack III ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court for an additional twenty-eight (28) days to file his Opposition to Defendant's Amended Motion to Transfer Venue (ECF No. 14). Counsel for Defendant ExxonMobil Oil Corporation has consented to this requested extension.

In support thereof, the Plaintiff states as follows:

- Defendant filed its Amended Motion to Transfer Venue on October 21, 2025 (ECF No. 14).

- Under the Local Rules, Plaintiff's Opposition is presently due November 11, 2025.

- The extension would permit the response to be filed by December 9, 2025.

- Counsel for Plaintiff requires additional time to fully review the Amended Motion to Transfer Venue and its supporting memorandum and exhibits, which include extensive factual and legal arguments concerning convenience, witness availability, and jurisdictional issues.

- The motion raises substantial factual and legal issues under 28 U.S.C. § 1404(a) and relevant Fifth Circuit precedent, including *In re Volkswagen of Am., Inc.*, 545 F.3d 304 (5th

Cir. 2008) (en banc).

- The requested 28-day extension will not cause prejudice or undue delay to the Defendant.

- Counsel for Defendant has been contacted and consents to this extension.

Wherefore, the Plaintiff requests that the motion be granted.

Dated: October 30, 2025

PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ J. David Andress*
J. David Andress (La. Bar No. 27944)
Andress Law Firm, LLC
143 Ridgeway Drive, Suite 227
Lafayette, Louisiana 70503
(337) 347-9919
Fax (337) 541-2553
andresslawfirm@gmail.com

Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com