IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

**JAMES EDWARD MCCORMACK III,**          CIVIL DOCKET NO.: 6:25-cv-01100

*Plaintiff*

v.

**EXXONMOBIL OIL CORPORATION**

*Defendant*

**[PROPOSED] ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Amended Motion to Transfer Venue (ECF No. 14).

For good cause shown, and noting that Defendant does not oppose the requested relief, IT IS ORDERED that the Motion is GRANTED.

Plaintiff shall have up to and including December 9, 2025, to file his Opposition to Defendant's Amended Motion to Transfer Venue.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this _____ day of _____, 2025.

_____
United States District Court