UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JAMES EDWARD MCCORMACK III,** | **CIVIL DOCKET NO.: 6:25-CV-01100** |
| *Plaintiff* | **JUDGE DAVID C. JOSEPH** |
| v. | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |
| **EXXONMOBIL OIL CORPORATION** | |
| *Defendant* | |

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Amended Motion to Transfer Venue (ECF No. 14).

For good cause shown, and noting that Defendant does not oppose the requested relief, IT IS ORDERED that the Motion is GRANTED.

Plaintiff shall have up to and including December 9, 2025, to file his Opposition to Defendant's Amended Motion to Transfer Venue.

THUS DONE AND SIGNED in Chambers 31st day of October, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE