UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **JAMES EDWARD MCCORMACK III,** | § § § | |
| *Plaintiff,* | § § § | **Case No. 6:25-cv-01100-DCJ-CBW** |
| v. | § § | |
| **EXXONMOBIL OIL CORPORATION** | § § § | **JUDGE DAVID C. JOSEPH** |
| *Defendant.* | § § | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## NOTICE OF SETTLEMENT

Defendant, ExxonMobil Oil Corporation ("ExxonMobil" or "Defendant") hereby notifies the Court that the Parties have reached a tentative settlement in this matter and are finalizing that settlement. The Parties expect to file a Stipulation for Dismissal within 45 days of this Notice. If the Parties fail to complete the expected settlement, the Parties will notify the Court.

Dated: December 10, 2025.                Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By:   */s/ A. Kristi Soppet*
       A. Kristi Soppet, Attorney-in-Charge
       Louisiana Bar No. 38463
       Kristi.Soppet@hklaw.com
       811 Main Street, Suite 2500
       Houston, Texas 77002
       Telephone: (713) 821-7000
       Facsimile: (713) 821-7001

       Cory Eichhorn (*Pro Hac Vice Forthcoming*)
       Florida Bar No. 576761
       cory.eichhorn@hklaw.com
       701 Brickell Avenue, Suite 3300
       Miami, Florida 33131
       Telephone: (305) 374-8500

**COUNSEL FOR DEFENDANT
EXXONMOBIL OIL CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of December 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

/s/ A. Kristi Soppet
A. Kristi Soppet