IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

**JAMES EDWARD MCCORMACK III,**     **CIVIL DOCKET NO.: 6:25-cv-01100**

*Plaintiff*

v.

**EXXONMOBIL OIL CORPORATION**

*Defendant*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: February 1, 2026     PLAINTIFF,

                         */s/ Anthony Paronich*
                         Anthony I. Paronich
                         Paronich Law, P.C.
                         350 Lincoln Street, Suite 2400
                         Hingham, MA 02043
                         (508) 221-1510
                         anthony@paronichlaw.com